**GUEL, Sr., Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2009–3036.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2009.

David M. Guel Sr., Cibolo, TX, pro se.

Jeffrey A. Gauger, Merit Systems Protection Board, Washington, DC, for Respondent.

*ORDER*

Petitioner having filed the required Statement Concerning Discrimination, Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 15, 2008, 321 Fed.Appx. 937, dismissal order is vacated,

the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before February 03, 2009.